IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTRA-CELLULAR THERAPIES, INC., *Plaintiff*, v. AUROBINDO PHARMA LTD. *et al.*, *Defendants*. | Civil Action No. 3:24-cv-04264 (MAS)(JBD) (Consolidated) |

**CONSENT JUDGMENT**

Intra-Cellular Therapies, Inc. (hereinafter "ITCI"), and Sandoz Inc. (hereinafter "Sandoz"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this 24th day of January, 2025:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above actions and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Sandoz Product" shall mean the drug product sold, or offered for sale pursuant to Abbreviated New Drug Application No. 218938 (as defined in greater detail in the Settlement Agreement); and (ii) the term "Licensed Patents" shall mean United States Patent Numbers 8,648,077, 9,168,258, 9,199,995, 9,616,061, 9,956,227,

10,117,867, 10,464,938, 10,695,345, 10,960,009, 11,026,951, 11,052,084, 11,690,842, 11,753,419, 11,806,348, RE48,825, RE48,839, 11,980,617, 12,070,459, 12,090,155, 12,122,792 and 12,128,043.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Sandoz, including any of its Affiliates (as defined in the Settlement Agreement), successors and assigns, is enjoined from infringing the Licensed Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, or importing any Sandoz Product.

4. Nothing in this Consent Judgment shall prevent Sandoz from maintaining Paragraph IV Certifications to the Licensed Patents or prevent the U.S. Food and Drug Administration from granting final approval to Abbreviated New Drug Application No. 218938.

5. Compliance with this Consent Judgment may be enforced by ITCI or Sandoz and its respective successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

6. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

7. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed without prejudice and without costs, disbursements or attorneys' fees to any party.

_____
**Michael A. Shipp**
**United States District Judge**

We hereby consent to the form and entry of this Order:

| | |
|---|---|
| s/Liza M. Walsh | s/Eric I. Abraham |
| Liza M. Walsh | Eric I. Abraham |
| Katelyn O'Reilly | William P. Murtha |
| Lauren R. Malakoff | Kristine L. Butler |
| **WALSH PIZZI O'REILLY FALANGA LLP** | Hill Wallack LLP |
| Three Gateway Center | 21 Roszel Road |
| 100 Mulberry Street, 15th Floor | Princeton, NJ 08543 |
| Newark, New Jersey 07102-5310 | (609) 924-0808 |
| (973) 757-1100 | EAbraham@hillwallack.com |
| lwalsh@walsh.law | WMurtha@hillwallack.com |
| | KButler@hillwallack.com |
| OF COUNSEL: | |
| David I. Berl | OF COUNSEL: |
| Ellen E. Oberwetter | Emily L. Rapalino |
| Elise M. Baumgarten | Brian T. Drummond |
| Kaitlin Beach | Kristin M. Beale |
| Adam Pan | GOODWIN PROCTER LLP |
| Richard Hildreth III | 100 Northern Avenue |
| Christian J. Gladden-Sorensen | Boston, MA 02210 |
| **WILLIAMS & CONNOLLY LLP** | (617) 570-1000 |
| 680 Maine Avenue SW | ERapalino@goodwinlaw.com |
| Washington, DC 20024 | BDrummond@goodwinlaw.com |
| (202) 434-5000 | KBeale@goodwinlaw.com |
| dberl@wc.com | |
| eoberwetter@wc.com | Jenevieve N. Nutovits |
| ebaumgarten@wc.com | GOODWIN PROCTER LLP |
| kbeach@wc.com | 620 Eighth Avenue |
| apan@wc.com | New York, NY 10018 |
| rhildreth@wc.com | (212) 813-8800 |
| cgladdensorensen@wc.com | JNutovits@goodwinlaw.com |
| | |
| *Attorneys for Plaintiff Intra-Cellular Therapies, Inc.* | *Attorneys for Defendant Sandoz Inc* |