

Attorneys at Law

Theodora McCormick
t  609.455.1546
f  609.228.5341
TMcCormick@ebglaw.com

January 28, 2025

**VIA ECF**
Honorable J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    *Intra-Cellular Therapies, Inc. v. Aurobindo Pharma Ltd. et al*
             Civil Action No. 3:24-cv-04264 (MAS)(JBD) (Consolidated)

Dear Judge Day:

      This firm, along with Buchanan Ingersoll & Rooney PC, represents Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Ltd. (collectively, "Zydus") in the above-referenced matter. We write with the consent of plaintiff's counsel to respectfully request a brief extension of time for Zydus to serve non-infringement contentions from January 28, 2025 to January 31, 2025. This brief extension will not otherwise impact the schedule in this case and all of the remaining deadlines in the amended pre-trial scheduling order entered on December 18, 2024 (Doc. No. 98) will remain in place.

      If this meets Your Honor's approval, we respectfully request Your Honor sign the below form of endorsement and have it entered on the docket. We thank the Court for its attention to this matter and are available should Your Honor or Your Honor's staff have any questions.

                                                                         Respectfully submitted,

                                                              *s/ Theodora McCormick*
                                                               Theodora McCormick

cc:    All Counsel of Record (via ECF)

SO ORDERED:

_____
Hon. J. Brendan Day, U.S.M.J.