IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTRA-CELLULAR THERAPIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., ALKEM LABORATORIES LTD., DR. REDDY'S LABORATORIES INC., DR. REDDY'S LABORATORIES LTD., HETERO USA, INC., HETERO LABS LTD. UNIT-V, HETERO LABS LTD., MSN LABORATORIES PRIVATE LTD., SANDOZ INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LTD.,<br><br>Defendants. | Civil Action No. 3:24-04264 (MAS)(JBD)<br>(Consolidated)<br><br>**ORDER EXTENDING TIME TO ANSWER OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)**<br><br>*Filed Electronically* |

**IT IS HEREBY ORDERED** that the time within which Plaintiff Intra-Cellular Therapies, Inc. ("Plaintiff") may file an Answer or otherwise respond to Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited's Answer, Affirmative Defenses and Counterclaims is extended for a period of fourteen (14) days from April 25, 2025, and thus Plaintiff shall file its response on or before May 9, 2025.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

3