# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTRA-CELLULAR THERAPIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARMA LTD. AUROBINDO PHARMA USA, INC., ALKEM LABORATORIES LTD., DR. REDDY'S LABORATORIES INC., DR. REDDY'S LABORATORIES LTD., HETERO USA, INC., HETERO LABS LTD. UNIT-V, HETERO LABS LTD., MSN LABORATORIES PRIVATE LTD., SANDOZ INC., ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LTD.,<br><br>Defendants. | Civ. Action No. 3:24-04264 (MAS) (JBD)(Consolidated)<br><br>*Document electronically filed.*<br><br>**SUBSTITUTION OF COUNSEL AND NOTICE OF WITHDRAWAL OF APPEARANCE BY WALSH PIZZI O'REILLY FALANGA LLP** |

The undersigned hereby consent to the substitution of Robinson Miller LLC, Ironside Newark, 110 Edison Place, Suite 302, Newark, New Jersey 07102, for Walsh Pizzi O'Reilly Falanga LLP, as counsel for Plaintiff Intra-Cellular Therapies, Inc. in the above-captioned matter. The undersigned hereby also respectfully request the withdrawal of appearance of Liza M. Walsh, Katelyn O'Reilly, Lauren R. Malakoff.

| | |
|---|---|
| WALSH PIZZI O'REILLY FALANGA LLP | ROBINSON MILLER LLC |
| By: *s/ Liza M. Walsh*<br>    Liza M. Walsh<br>    Katelyn O'Reilly<br>    Lauren R. Malakoff | By: *s/ Keith J. Miller*<br>    Keith J. Miller<br>    Michael J. Gesualdo<br>    Bradley A. Suiters |
| *Withdrawing Attorneys for Plaintiff* | *Superseding Attorneys for Plaintiff* |

**IT IS SO ORDERED** this 7th day of May, 2025.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE