

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

October 10, 2025

**VIA ECF**

Hon. Michael A. Shipp, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

   Re:  ***Intra-Cellular Therapies, Inc. v. Aurobindo Pharma Ltd., et al.* Civil Action No.: 3:24-cv-04264 (MAS-JBD) (Consolidated)**

Dear Judge Shipp:

  My firm, along with Williams & Connolly LLP, represents Plaintiff Intra-Cellular Therapies, Inc. in the above-referenced case. Counsel for Plaintiff and counsel for each of the Defendants in the consolidated cases (Dr. Reddy's Laboratories Inc. and Dr. Reddy's Laboratories Ltd.; Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.; Alkem Laboratories Ltd.; Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Ltd.; and MSN Laboratories Private Ltd.) (collectively, "Defendants") jointly submit this letter regarding the *Markman* proceedings in this case. The parties previously filed opening *Markman* briefs (ECF 179, 180), and Defendants' expert declarant, Dr. Craig Berridge, was deposed. Defendants informed Plaintiff on Tuesday of this week that Defendants are withdrawing their proposed construction of the sole disputed phrase in the *Markman* proceedings: "a dose which selectively blocks the $5\text{-}HT_{2A}$ receptor" in the asserted claims of U.S. Patent No. RE48,839. Defendants further have informed Plaintiff that Defendants do not oppose entry by this Court of the attached order adopting Plaintiff's construction of the phrase "a dose which selectively blocks the $5\text{-}HT_{2A}$ receptor" according to Plaintiff's proposed construction: "plain and ordinary meaning, *i.e.*, a dose which blocks the $5\text{-}HT_{2A}$ receptor to a greater degree than other receptors, including $D_2$, SERT, $\alpha 1A$, $5\text{-}HT_{2C}$, and H1 receptors." (ECF 178-1), but maintain their position that the term is indefinite, and reserve the right to assert indefiniteness of this term, as well as the other terms identified in the JCCS at trial.

  In light of the foregoing, Plaintiff respectfully requests that the Court enter the attached proposed unopposed order adopting Plaintiff's construction. The parties further respectfully submit that with the entry of Plaintiffs' proposed construction of the sole disputed claim term, there is no need for the *Markman* hearing currently scheduled for October 20, 2025 to proceed. The parties respectfully request that the Court cancel the hearing and associated deadlines.

  As always, we thank the Court for its attention to these matters and are available should Your Honor or Your Honor's staff have any questions regarding the within.

RM | ROBINSON MILLER LLC

Hon. Michael A. Shipp, U.S.D.J.
October 10, 2025
Page 2

          Respectfully submitted,

          *s/ Keith J. Miller*
          Keith J. Miller

cc: All Counsel of Record (via ECF)